Case 3:26-cv-01682-S-BW Document 5 Filed 06/13/26 Page 1 of 1 PageID 138

# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

ADONIS SAMAEL UMANZOR
FUENTES

v.

WARDEN, PRAIRIELAND DETENTION
CENTER, et al.

§
§
§
§
§
§
§
§

CIVIL ACTION NO. 3:26-CV-1682-S-BW

## ORDER

Before the Court is Petitioner's Motion for Temporary Restraining Order and Preliminary Injunction ("Motion") [ECF No. 4]. Because the Motion requests Petitioner's release from custody, it improperly seeks the ultimate relief sought in the pending Petition for Writ of Habeas Corpus ("Petition") [ECF No. 1]. *See Peters v. Davis*, No. 6:17-CV-595, 2018 WL 11463602, at *2 (E.D. Tex. Mar. 28, 2018) ("[T]he purpose of a preliminary injunction is not to give a plaintiff the ultimate relief he seeks[.]" (citation omitted)). Accordingly, the Court **DENIES** the Motion. The Petition remains pending.

**SO ORDERED.**

SIGNED June 13, 2026.

_____
**UNITED STATES DISTRICT JUDGE**