# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

ADONIS SAMAEL UMANZOR
FUENTES

v.

WARDEN, PRAIRIELAND DETENTION
CENTER, et al.

§
§
§
§
§
§
§
§

CIVIL ACTION NO. 3:26-CV-1682-S-BW

## ORDER

On May 22, 2026, Petitioner Adonis Samael Umanzor Fuentes filed the Petition for Writ of Habeas Corpus ("Petition") [ECF No. 1]. Petitioner alleges generally that his continued detention is unlawful and requests, among other things, that the Court forbid Respondents Warden, Prairieland Detention Center, Robert Cerna, Todd Lyons, Markwayne Mullin, and Todd Blanche from continuing to detain Petitioner and forbid Respondents from removing Petitioner from the United States.

Accordingly, it is **ORDERED** that Respondents, or any officer, agent, servant, employee, attorney, or representative acting on behalf of Respondents, **shall not** take any further action or steps to deport or remove Petitioner from the United States to another country, territory, or foreign territory, or to circumvent the provisions of this Order until the Court rules on the pending Petition.

**SO ORDERED.**

SIGNED June 15, 2026.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**